# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131690

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

---

IN RE RACHEL JOYCE, LEIA JOYCE, DANIEL JOYCE, FAITH JOYCE, JOSEPH JOYCE , and TERENCE JOYCE, Minors.

---

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

TERENCE JOYCE,
        Respondent-Appellant,

and

RENEE JOYCE,
        Respondent.

SC: 131690
COA: 266686
Oakland CC
Family Division: 2005-705200-NA

_____/

     On order of the Court, the application for leave to appeal the June 22, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

Clerk

s1023